This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: December 10, 2019**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: | Case No: 19-32434 |
| Barry T. Gabbard | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

**AGREED ORDER RESOLVING CHAPTER 13 TRUSTEE'S OBJECTIONS TO CONFIRMATION, AMENDING PLAN (DOC. 19) AT BAR and ORDERING TRUSTEE TO SUBMIT A CONFIRMATION ORDER**

This matter was scheduled for hearing on November 21, 2019, upon the Debtor's Amended Chapter 13 Plan (Doc. 19), and the Chapter 13 Trustee's Objections to Confirmation (Docs. 13 & 23).

In accordance with the parties agreement resolving the Chapter 13 Trustee's objections,

IT IS ORDERED that the Debtor's plan be amended as follows:

1) The Chapter 13 Trustee's objections are hereby resolved;

2) provide the payment to Freedom Road Financial shall be increased to $141.00 per month;

3) attorney fees due to Andrew Johnston, counsel for Debtor, shall be paid as a class 2 claim.

IT IS FURTHER ORDERED the Trustee shall submit a proposed confirmation order to the Court.

IT IS SO ORDERED.

Approved By:

____/S/_John G. Jansing_____  
John G Jansing  #0040926  
CHAPTER 13 TRUSTEE  
131 N LUDLOW ST   SUITE 900  
DAYTON, OH  45402-1161  
(937) 222-7600  FAX (937) 222-7383  
email: chapter13@dayton13.com

/S/  Andrew Johnston  
_____  
ANDREW JOHNSTON  #0088008  
ATTORNEY FOR DEBTOR  
215 WEST WATER STREET  
TROY, OH  45373  
(937) 339-1500  FAX (937) 339-1519  
email: ajohnston@sdl-law.com

**Copies To:**
   Default List Plus Additional Parties.

(77.3)  
FREEDOMROAD FINANCIAL  
WAYFINDER BK LLC  
BIN 51571, PO BOX 51571  
LOS ANGELES, CA  90051-5871